| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | [ ] FEPA<br>[X] EEOC | 494-2021-00883 |

and EEOC
_____
State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) | |
|---|---|---|
| Ms. Amy Nicole Woods | | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| | Franklin, TN 37064 | 1980 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| City of Franklin, TN | Over 15 | 615 794 1516 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 109 Third AVE South | Franklin, TN 37064 | |
| NAME | | TELEPHONE NUMBER (Include Area Code) |
| | | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)):

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] AGE
[X] RETALIATION  [ ] NATIONAL ORIGIN  [ ] DISABILITY  [ ] OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)    LATEST (ALL)
October 2020

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working the Respondent on 10/31/14 as a Senior GIS Analyst. I had 14 years of experience in that field when I was hired. In the month of May 2020, the GIS manager position was vacated by Chris Robinson, a man. Robinson had been promoted to the Ast. IT Director, which caused the vacancy of his prior position. Respondent appointed Andrew Southern, a man, to the position. Respondent did not post the job, which prohibited me and other qualified candidates from applying. Robinson made the decision to select Mr. Southern over me. I had previously told Robinson and others I would like to have the GIS Manager position should that job ever become vacant. The gender discrimination in the selection decision is evident because I significantly more qualified than Southern for the GIS Manager position; in fact, Southern was not qualified for that job. I had hired Southern around 2017 as an intern with no experience and he worked under my supervision. The GIS manager position called for a minimum of 5 years' experience and a GISP License. Mr. Southern did not have the minimum experience nor the qualifications listed in the job description. In other words, Southern did not meet the minimum qualifications for the job - insufficient experience and no license. Selecting an unqualified male over me, a qualified female, is strong evidence of gender discrimination. During my 6 years at Respondent, I was discriminated against over several incidents. The IT department has just 4 women out of 24 employees. None of these women hold upper management titles. After this discriminatory selection decision, I promptly complained of gender discrimination to Human Resources and others in upper management. They could not give me a single reason why I was not selected for that job instead of Andrew. They had no answer for me when I pointed out he did not meet the minimum qualifications for the job. They could only say things like "We just wanted to give Andrew a try." This is clearly a "good old boy" selection process. After that, management began retaliating against me. Jason Potts, who is the IT Director and Mr. Robinson's boss, told me he would not even speak to me unless HR was present. Management began isolating me, removing me from meetings and taking numerous other adverse employment actions against me. This gender discriminatory and retaliatory treatment left me no option but to leave this job at the City in October 2020, in order to have any hope of advancement.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements)<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>Date 01-24-2021  *[signature]* Charging Party (Signature) 1/24/21 | SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Day, month, and year)<br><br>RECEIVED |

FEB 0 4 2021

U.S. EEOC
Nashville Area Office
Nashville, TN