

| | U.S. Department of Justice |
|---|---|
| | Civil Rights Division |
| | NOTICE OF RIGHT TO SUE WITHIN 90 DAYS |

VIA EMAIL

*150 M Street, N.E.*
*Karen Ferguson , EMP, 4CON, Room 9.514*
*Washington, DC 20530*

January 14, 2022

Ms. Amy Woods
c/o Jon C. Goldfarb, Esquire
Law Offices of Wiggins, Childs, et al.
The Kress Building
301 19th Street North
Birmingham, AL  35203

Re: EEOC Charge Against City of Franklin
     No. 494202100883

Dear Ms. Woods:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

   The investigative file pertaining to your case is located in the EEOC Nashville Area Office, Nashville, TN.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                                                          Sincerely,

                                                          Kristen Clarke
                                                          Assistant Attorney General
                                                          Civil Rights Division

                                         by      /s/ Karen L. Ferguson
                                                          Karen L. Ferguson
                                                        Supervisory Civil Rights Analyst
                                                        Employment Litigation Section

cc: Nashville Area Office, EEOC
   City of Franklin